1  MICHAEL E. BREWER, Bar No. 177912
   JILL A. FUKUNAGA, Bar No. 202238
2  LITTLER MENDELSON
   A Professional Corporation
3  Treat Towers
   1255 Treat Boulevard, Suite 600
4  Walnut Creek, CA  94597
   Telephone:    925.932.2468
5  Facsimile:    925.946.9809
   E-mail:       mbrewer@littler.com
6                jfukunaga@littler.com

7  Attorneys for Defendant
   OFFICE DEPOT, INC.
8

9  MICHAEL CHINH VU, SBN 178148
   VU.S.A. Law Offices, APC
10 142 East Mission Street
   San Jose, CA  95112
11 Telephone:    (408) 288-7400
   Facsimile:    (408) 288-7798
12 E-mail:       michaelvu@vusalaw.com

13 Attorney for Plaintiff
   ARNELIO REYES
14

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 | ARNELIO REYES,                          | Case No.  C 10-01363 CRB
   |                                         |
19 |                Plaintiff,                | STIPULATION AND [PROPOSED]
   |                                         | ORDER EXTENDING TIME TO
20 |        v.                                | COMPLETE MEDIATION
   |                                         |
21 | OFFICE DEPOT, INC., and DOES 1 to 25,    |
   | inclusive,                               |
22 |                                         |
   |                Defendants.               |
23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

Plaintiff Arnelio Reyes and Defendant Office Depot, Inc., by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Defendant have agreed to enter into a private mediation of the claims alleged in the Complaint; and

WHEREAS, the Court in its minute order of July 9, 2010, ordered the parties to complete mediation within 90 days, or by October 7, 2010; and

WHEREAS, the parties have agreed to several possible mediators to preside over the mediation, including Thomas Reese, Katherine Gallo, and Chris Lavdiotis; and

WHEREAS, the parties have attempted in good faith to schedule the mediation with the agreed-upon mediators, but due to numerous scheduling conflicts, the parties do not believe they will be able to successfully complete mediation of this matter by October 7, 2010;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the mediation will be completed by November 30, 2010. The parties shall make a good faith effort to mediate the case as soon as practicable.

Dated: August 25, 2010

MICHAEL E. BREWER
JILL A. FUKUNAGA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
OFFICE DEPOT, INC.

Dated: August 25, 2010

MICHAEL CHINH VU
VU.S.A. LAW OFFICES, APC
Attorney for Plaintiff
ARNELIO REYES

**IT IS SO ORDERED.**

Dated: September 1, 2010

HON. CHARLES R. BREYER
United States District Judge

Firmwide:97117263.1 063095.1009

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

2.  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468