| | |
|---|---|
| 1 | MICHAEL E. BREWER, Bar No. 177912 |
| | JILL A. FUKUNAGA, Bar No. 202238 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | Treat Towers |
| | 1255 Treat Boulevard, Suite 600 |
| 4 | Walnut Creek, CA  94597 |
| | Telephone:    925.932.2468 |
| 5 | Facsimile:     925.946.9809 |
| | E-mail:          mbrewer@littler.com |
| 6 |                       jfukunaga@littler.com |

Attorneys for Defendant
OFFICE DEPOT, INC.

MICHAEL CHINH VU, SBN 178148
VU.S.A. Law Offices, APC
142 East Mission Street
San Jose, CA  95112
Telephone:    (408) 288-7400
Facsimile:     (408) 288-7798
E-mail:          michaelvu@vusalaw.com

Attorney for Plaintiff
ARNELIO REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNELIO REYES, | Case No.  C 10-01363 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| OFFICE DEPOT, INC., and DOES 1 to 25, inclusive, | |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

Having fully and finally resolved all issues and claims set forth in this action, Plaintiff Arnelio Reyes and Defendant Office Depot, Inc. (collectively the "Parties"), by and though their undersigned counsel, hereby stipulate and agree as follows:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed in its entirety with prejudice as to Defendant Office Depot, Inc.  It is further stipulated by and between the Parties that each party shall bear his/its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

Dated: November 18, 2010                                /S/
                                                    MICHAEL E. BREWER
                                                    JILL A. FUKUNAGA
                                                    LITTLER MENDELSON, P.C.
                                                    Attorneys for Defendant
                                                    OFFICE DEPOT, INC.

Dated: November 18, 2010                                /S/
                                                    MICHAEL CHINH VU
                                                    VU.S.A. LAW OFFICES, APC
                                                    Attorney for Plaintiff
                                                    ARNELIO REYES

**IT IS SO ORDERED.**

Dated: __Nov. 19_____, 2010           _____
                                       HON. CHARLES R. BREYER
                                       United States

L:\EFILE\Office Depot-Reyes\Stip and Proposed Order Dismissing Action w

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C 10-01363 CRB         2.        STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468